## Edwards *ads*. M'Kinstry.

ON a motion to fet afide a default, and that the defendant have leave to plead, on the fole ground that he has merits, the plaintiff not having loft a trial, the Court faid;

When a party fwears to merits the Court will ftrongly incline to let him in, but he muft be able to fuggeft fome excufe for not having plead; fuch perhaps as accident or inadvertence. Here the defendant does not attempt to give any reafon at all, and therefore he muft take nothing by his motion.

## Larroway *ads*. Lewis and others.

## The same *ads*. Van Loon and others.

*Ejectment.* VAN VECHTEN moved to fet afide the attachments which in thefe two